IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUYSAFE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1282 (LPS) |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER AMENDING
## CLAIM CONSTRUCTION SCHEDULE

WHEREAS, the parties agree that early claim construction proceedings will significantly advance the resolution of this case;

WHEREAS, after several meet and confers, buySAFE has identified only claims 1, 14, 39 and 44 as asserted claims, and as such the parties agree that only those four claims and no more than five claim terms will require construction by the Court in this matter;

WHEREAS, pursuant to Paragraph 13 of the Scheduling Order (D.I. 13), the Court has set a claim construction hearing for February 22, 2013, but has stated (*id.*, Paragraph 11). that it may hold claim construction proceedings earlier if the Court finds that an early claim construction would be helpful in resolving the case; and

WHEREAS, the parties respectfully submit that this is such a case and, consequently, respectfully request that the Court modify the claim construction schedule as set forth below;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. The deadlines contained in Paragraph 11 of the Scheduling Order are modified as follows:

Exchange of claim term(s)/phrase(s) requiring construction: July 2, 2012.

Exchange of proposed constructions: July 11, 2012

Submission of Joint Claim Construction Chart to Court: July 18, 2012

2. All discovery related to claim construction shall be completed by July 30, 2012.

3. The deadlines contained in Paragraph 12 of the Scheduling Order are modified as follows:

Contemporaneous Initial Claim Construction Briefs: August 10, 2012

Contemporaneous Answering Claim Construction Briefs: September 7, 2012

4. The argument on claim construction previously scheduled February 22, 2013 at 10:00 a.m. will be held on _____, \_\_\_\_, 2012 at \_\_\_:\_\_\_ \_.m.

5. All discovery other than that related to claim construction shall be stayed until after the claim construction argument.

6. All other provisions of the Court's Scheduling Order (D.I. 13) shall remain in full force and effect.

---

The Honorable Leonard P. Stark