IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUYSAFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 11-1282 (LPS) <br> ) <br> ) <br> ) <br> ) |

### GOOGLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), defendant Google Inc. ("Google") moves for judgment of on the pleadings that U.S. Patent No. 7,644,019 is invalid pursuant to 35 U.S.C. § 101. The grounds for this motion are set forth more fully in Google's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com
   *Attorneys for Google Inc.*

OF COUNSEL:

A. John P. Mancini
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500

Brian A. Rosenthal
Ann Marie Phillips
MAYER BROWN LLP
1999 K Street, N.W.
Washington DC 20006-1101
(202) 263-3000

July 9, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr., Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Paul R. Gupta, Esquire<br>Clifford R. Michel, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019 | *VIA ELECTRONIC MAIL* |
| Garret G. Rasmussen, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, N.W.<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)