IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BUYSAFE INC., :
: 
          Plaintiff, :
:
v. : Civil Action No. 11-1282-LPS
:
GOOGLE, INC., :
:
          Defendant. :

## JUDGMENT IN A CIVIL CASE

At Wilmington this 19th day of **August, 2013**.

For the reasons set forth in the Court's Memorandum Opinion and Order dated July 29, 2013 (D.I. 69, 70);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk